IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAFIZ PETTY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL NUTTER, MAYOR; | : | |
| LOUIS GIORLA, COMMISSIONER; and | : | |
| MICHELE FARRELL, WARDEN. | : | NO. 15-3430 |

## ORDER

**AND NOW**, this 29th day of November, 2016, upon consideration of Plaintiff's complaint (Doc. No. 5) and Defendants' motion to dismiss (Doc. No. 6), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED**:

1. Defendants' motion to dismiss is **DENIED**.

BY THE COURT:

_____
MITCHELL S. GOLDBERG
United States District Judge